IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:93-HC-323-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CALVIN LEON WALTERS, | ) | |
| Reg. No. 12353-057, | ) | |
| Respondent. | ) | |

By order dated 1 July 1993, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d). On 23 September 2008, the government filed a motion to discharge respondent from such commitment. Attached to the motion is a Certificate of Discharge from 18 U.S.C. § 4246 Commitment, signed by Warden Duke Terrell, of the Federal Medical Center in Rochester, Minnesota, and certifying that respondent's treatment providers believe that he no longer meets criteria for commitment pursuant to 18 U.S.C. § 4246. The government also submitted an Annual Risk Assessment dated 10 June 2008, containing the risk panel's opinion that respondent no longer meets criteria for commitment.

The court has reviewed the motion and supporting materials and finds that respondent no longer meets the criteria for commitment under 18 U.S.C. § 4246.

Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(e), that respondent be unconditionally released and that this file be closed.

This 23 September 2008.

_____
W. Earl Britt
Senior U.S. District Judge